*POS-010*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:         FAX NO. (Optional): | |
| E–MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents): SEE ATTACHED LIST OF DOCUMENTS SERVED
3. a. Party served (specify name of party as shown on documents served):

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:

5. I served the party (check proper box)
   a. ☐ *by personal service.* I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):         (2) at (time):
   b. ☐ *by substituted service.* On (date):         at (time):         I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) ☐ *(business)* a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ *(home)* a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ *(physical address unknown)* a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):         from (city):         or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a *declaration of diligence* stating actions taken first to attempt personal service.

*Page 1 of 2*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5.    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date)*:                       (2) from *(city)*:

        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant. (415.10)
   - b. ☐ as the person sued under the fictitious name of *(specify)*:
   - c. ☐ as occupant.
   - d. ☐ On behalf of *(specify)*:

   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
   - ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
   - ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
   - ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   - ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
   -                                        ☐ other:

7. **Person who served papers**
   - a. Name:
   - b. Address:
   - c. Telephone number:
   - d. **The fee** for service was: $
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☐ a registered California process server:
       - (i) ☐ owner    ☐ employee    ☐ independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:
     12/29/20

_____         _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

Case Name: _____

Case Number: _____

# DOCUMENTS SERVED

- SUMMONS & PROOF OF SERVICE
- COMPLAINT & CIVIL COVER SHEET
- INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
- VERIFICATION
- CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
- NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM
- CERTIFICATION AND NOTICE OF INTERESTED PARTIES
- NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
- NOTICE TO COUNSEL
- ATTENTION: NEW CVIL ACTIONS
- DEMAND FOR JURY TRIAL
- NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)
- ORDER RE STATUS (PRE TRIAL SCHEDULING) CONFERENCE
- NOTICE OF AVAILABILITY OF A MAJISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
- NOTICE OF AVAILABILITY-VOLUNTARY DISPUTE RESOLUTION
- STIPULATION TO ELECT REFFERAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)
- ORDER REQUIRING JOINT STATUS REPORT
- ORDER RE FILING REQUIREMENTS
- ORDER SETTING MANDATORY SCHEDULING CONFERENCE
- STANDING ORDER REGARDING CASE MANAGEMENT IN ALL CIVIL CASES
- SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT
- CIVIL MINUTES – GENERAL
- SETTLEMENT CONFERENCE PROCEDURES
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALFORNIA
- CONSENT TO PROCEED BEFORE A UNITED STATE MAJISTRATE JUDGE

- ECF REGISTRATION INFORMATION HANDOUT
- ORDER SETTING CASE MANAGEMENT CONFERENCE
- NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE
- VOLUNTARY EFFICIENT LITIGATIONS STIPULATIONS
- STIPULATION - EARLY ORGANISATIONAL MEETING
- STIPULATION – DISCOVERY RESOLUTION
- INFORMAL DISCOVERY CONFERENCE
- STIPULATION AND ORDER – MOTIONS IN LIMINE
- ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS [PER CALIFORNIA CIVIL CODE 55.3(B)(1)(A)]
- ADVISORY NOTICE TO DEFENDANT [PER CALIFORNIA CIVIL CODE 55.54(A)(1)]
- NOTICE OF STAY & EARLY EVALUATION CONF OR JOINT INSPECTION (Disability Access Litigation)
- DEFENDANT'S APPLICATION FOR STAY & EARLY EVALUATION CONFERENCE PER CIVIL CODE 55.54 OR JOINT INSPECTION
- OTHER